UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER SUMMERS,

    Petitioner,

v.                                       Case No. 3:18cv2143-MCR-CJK

UNITED STATES OF AMERICA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

On October 3, 2018, the court ordered petitioner to either file a completed motion to proceed *in forma pauperis* or pay the $5 filing fee within 30 days. (Doc. 3). The court also ordered petitioner to submit two service copies of his petition for writ of habeas corpus (doc. 1). Petitioner failed to comply with the order within the allotted time. On November 6, 2018, the court ordered petitioner to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. To date, petitioner has not complied with the October 3 order or responded to the order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to petitioner's failure to prosecute and/or failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 28th day of November, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv2143-MCR-CJK