# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHRISTOPHER SUMMERS,

     Petitioner,

v.                                 CASE NO. 3:18cv2143-MCR-CJK

UNITED STATES OF AMERICA,

     Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 28, 2018. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED WITHOUT PREJUDICE** due to petitioner's failure to prosecute and/or failure to comply with an order of the court.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of January 2019..

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**